FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Jiyun C. Lee (CSB No. 161667, jlee@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:  (415) 986-2827

Attorneys for Defendant
ALBERTSON'S, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERTSON'S, LLC,<br><br>    Defendant. | Case No. 1:07-cv-01572-LJO-SMS<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

For good cause shown, the time within which Defendant Albertson's, LLC may answer, move or otherwise respond to the Complaint is hereby extended from 12/5/2007 to and including January 9, 2008.

**IT IS SO ORDERED**

Dated:   12/4/2007

　　　　　　　　　　　　　　　　 /s/ Sandra M. Snyder
　　　　　　　　　　　　　　HONORABLE SANDRA M. SNYDER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

10068\2001\578775.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER FOR *EX PARTE* APPLICATION FOR EXTENSION OF TIME;
CASE NO. 1:07-CV-01572-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com