GREGORY P. O'HARA, CA BAR NO. 131963
gpohara@thelen.com
DANIEL J. MULLER, CA BAR NO. 193396
dmuller@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA  95113
Telephone:  (408) 292-5800
Facsimile:  (408) 287-8040

Attorneys for Plaintiff
SAVE MART SUPERMARKETS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ALBERTSON'S, LLC,<br><br>                    Defendant. | Case No.:  1:07-cv-01572-LJO-SMS<br><br>**STIPULATION AND<br>ORDER TO AMEND COMPLAINT \*** |

WHEREAS, Plaintiff Save Mart Supermarkets wishes to amend its Complaint in this Action to correct the reference in the original Complaint to the "Asset Purchase Agreement" between Save Mart and Defendant Albertson's.  In fact, Save Mart and Albertson's entered into a Securities Purchase Agreement.  Save Mart's proposed amendment corrects the mistaken reference to the "Asset Purchase Agreement.";

WHEREAS, the parties have met and conferred regarding Save Mart's proposed First Amended Complaint and Save Mart has provided a copy of the draft First Amended Complaint to Albertson's for review;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties agree and hereby stipulate that Save Mart be allowed to file the First Amended Complaint. They further agree and stipulate that Albertson's shall have ten days from the date of filing of the First Amended Complaint to file a responsive pleading.

Dated: March 13, 2008  Respectfully submitted,

THELEN REID BROWN RAYSMAN & STEINER LLP

By  /s/ *Daniel J. Muller*
    Daniel J. Muller
    Attorneys for Plaintiff

Dated: March 13, 2008  SCHULTE ROTH & ZABEL

By  /s/ *Michael E. Swartz*
    Michael E. Swartz
    Attorneys for Defendant

Dated: March 13, 2008  FOLGER LEVIN & kAHN

By  /s/ *Roger B. Mead*
    Roger B. Mead
    Attorneys for Defendant

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED:**   Plaintiff's shall file the First Amended Complaint within five (5) days from service of this Order. *

Dated:   3/14/2008

 /s/ Sandra M. Snyder

Sandra M. Snyder, U.S. Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com