1  FOLGER LEVIN & KAHN LLP
   Roger B. Mead (CSB No. 093251, rmead@flk.com)
2  Loni A. Mahanta (CSB No. 253885, lmahanta@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   SCHULTE ROTH & ZABEL LLP
6  Michael E. Swartz (admitted *pro hac vice*)
   919 Third Avenue
7  New York, New York 10022
   Telephone: (212) 756-2000
8  Facsimile: (212) 593-5955

9  Attorneys for Defendant
   ALBERTSON'S, LLC
10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13                               FRESNO DIVISION
14

15 | SAVE MART SUPERMARKETS,          | Case No. 1:07-cv-01572-LJO-SMS
16 |         Plaintiff,               |
17 |    v.                            | **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**
18 | ALBERTSON'S, LLC,                |
19 |         Defendant.               |
20

21

22     The parties wish to reset the June 11, 2008 settlement conference to a later date because

23 Alberston's, LLC and Save Mart Supermarkets have not yet engaged in any discovery.

24 ///

25 ///

26 ///

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  Based on the foregoing, the parties agree and hereby stipulate that the settlement conference be
2  postponed and rescheduled to July 8, 2008 at 10:00 a.m.

3  Dated: June 4, 2008                                    SCHULTE ROTH & ZABEL LLP

                                                          */s/ Michael E. Swartz*

                                                          Michael E. Swartz
                                                          Attorneys for Defendant
                                                          Albertson's, LLC

8  Dated: June 4, 2008                                    FOLGER LEVIN & KAHN LLP

                                                          */s/ Roger B. Mead*

                                                          Roger B. Mead
                                                          Attorneys for Defendant
                                                          Albertson's, LLC

   Dated: June 4, 2008                                    THELEN REID BROWN RAYSMAN & STEINER LLP

                                                          */s/ Daniel J. Muller*

                                                          Daniel J. Muller
                                                          Attorneys for Plaintiff
                                                          Save Mart Supermarkets

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to stipulation, it is so ordered that the June 11, 2008 mandatory settlement conference is postponed to July 8, 2008 at 10:30 a.m. (changed from 10:00a.m.).

Dated:  6/5/2008

                                          /s/ Sandra M. Snyder
                                        HONORABLE SANDRA M. SNYDER
                                        CHIEF MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com