FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Loni A. Mahanta (CSB No. 253885, lmahanta@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

SCHULTE ROTH & ZABEL LLP
Michael E. Swartz (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Attorneys for Defendant
ALBERTSON'S, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br>Plaintiff,<br>v.<br>ALBERTSON'S, LLC,<br>Defendant. | Case No. 1:07-cv-01572-LJO-SMS<br><br>**STIPULATION AND ORDER FOR STAY OF LITIGATION** |

WHEREAS, the parties to this action ("the Parties") are and have been for some time involved in discussions to resolve a number of disputes involving post-closing issues arising from the Stock Purchase Agreement, pursuant to which Save Mart Supermarkets purchased the Northern California operations of Albertson's, LLC;

WHEREAS, the Parties have concluded that it would make sense to attempt to resolve the issues involved in this litigation in the broader context of the other disputes that the Parties are attempting to resolve without litigation;

WHEREAS, while progress has been and is being made toward resolution of the other

disputes, it does not appear likely that the Parties' investigation and settlement of the other matters will progress quickly enough to achieve a resolution of the issues involved in this litigation soon enough to avoid significant litigation expense in this case;

WHEREAS the Parties have therefore concluded that it would in their best interests to stay proceedings in this action for some period of time in the expectation that such a stay would facilitate a consensual resolution of this action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

1. All pending dates in this action, including all matters set forth in the Court's March 12, 2008 Scheduling Order, be VACATED and the litigation be STAYED until January 12, 2009.

2. The parties will report to the Court by January 9, 2009, and, as appropriate, (a) request dismissal of the action, (b) seek a further stay to permit continued efforts towards a consensual resolution, or (c) inform the Court that the litigation must proceed and propose a new case management schedule.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

3. Each party reserves the right to request early termination of the stay on 30 days written notice.

IT IS SO STIPULATED.

Dated: June 30, 2008

SCHULTE ROTH & ZABEL LLP

***/s/ Michael E. Swartz***

Michael E. Swartz
Attorneys for Defendant
Albertson's, LLC

Dated: June 30, 2008

FOLGER LEVIN & KAHN LLP

***/s/ Roger B. Mead***

Roger B. Mead
Attorneys for Defendant
Albertson's, LLC

Dated: June 30, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

***/s/ Daniel J. Muller***

Daniel J. Muller
Attorneys for Plaintiff
Save Mart Supermarkets

**ORDER**

Pursuant to foregoing stipulation, it is hereby ordered that all pending dates for this matter, including all matters set forth in the Court's March 12, 2008 Scheduling Conference Order, be VACATED and the litigation be STAYED until January 12, 2009.

Dated:July 1, 2008

/s/ Lawrence J. O'Neill
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

10068\2001\607446.3