# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MART SUPERMARKETS, | CASE NO. CV F 07-1572 LJO SMS |
| Plaintiff, | |
| vs. | |
| ALBERTSON'S LLC, | |
| Defendant. | |

The Court is not inclined to grant further stays or delays. Rather, the Court is inclined to set a scheduling conference. If there are further details the parties wish to provide the Court (such as what has been accomplished to date, when, how, what issues remain, and what plan there is to resolve those issues), the Court may reconsider. The parties may file a further, joint status report no later than January 16, 2009.

**IT IS SO ORDERED.**

**Dated:   January 12, 2009**                         /s/ Lawrence J. O'Neill
                                                                        **UNITED STATES DISTRICT JUDGE**