# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MART SUPERMARKETS, | CASE NO. CV F 07-1572 LJO SMS |
| Plaintiff, | **ORDER LIFTING STAY AND SETTING SCHEDULING CONFERENCE** |
| vs. | |
| ALBERTSON'S LLC, | |
| Defendant. / | |

The STAY in this case is hereby LIFTED. The Court SETS a scheduling conference for February 25, 2009 at 10:00 a.m. in Department 7 (SMS). The parties are directed to file a Joint Scheduling Report which complies with the time line and contents requirements stated in Exhibit "A" to the Order Setting Mandatory Scheduling Conference. (Doc. 5 in the Court's file.) The Joint Scheduling Report shall be filed and e-mailed to smsorders@caed.uscourts.gov, and not to ljoorders@caed.uscourts.gov.

**IT IS SO ORDERED.**

**Dated:   January 20, 2009**                    **/s/ Lawrence J. O'Neill**
                                                 **UNITED STATES DISTRICT JUDGE**