FOLGER LEVIN & KAHN LLP
Roger B. Mead (CSB No. 093251, rmead@flk.com)
Loni A. Mahanta (CSB No. 253885, lmahanta@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

SCHULTE ROTH & ZABEL LLP
Michael E. Swartz (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Attorneys for Defendant
ALBERTSON'S, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERTSON'S, LLC,<br><br>  Defendant. | Case No. 1:07-cv-01572-LJO-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above entitled action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

/ /

/ /

/ /

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE; CASE NO. 1:07-CV-01572-LJO-SMS

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 27, 2009                         SCHULTE ROTH & ZABEL LLP

*/s/ Michael E. Swartz*

Michael E. Swartz
Attorneys for Defendant
Albertson's, LLC

Dated: January 27, 2009                         FOLGER LEVIN & KAHN LLP

*/s/ Roger B. Mead*

Roger B. Mead
Attorneys for Defendant
Albertson's, LLC

Dated: January 27, 2009                         NIXON PEABODY LLP

*/s/ Daniel J. Muller*

Daniel J. Muller
Attorneys for Plaintiff
Save Mart Supermarkets

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE CLERK IS ORDERED TO CLOSE THIS CASE IN ITS ENTIRETY.

Dated:  January 28, 2009                         /s/ LAWRENCE J. O'NEILL
                                                 HONORABLE LAWRENCE J. O'NEILL
                                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com